UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL DE LA CRUZ and SERGIO DE LA CRUZ,<br><br>    Plaintiffs,<br><br>    v.<br><br>JONATHON NANGLE, et al.,<br><br>    Defendants. | No. 2:24-cv-2001 DAD AC PS<br><br>ORDER |

Plaintiffs, proceeding in pro se, filed a complaint and a motion to proceed in forma pauperis ("IFP"). ECF Nos. 1 and 2. On October 18, 2024, the undersigned granted the motion to proceed IFP but rejected the complaint with leave file an amended complaint within 30 days, pursuant to the screening process required by the IFP statute. ECF No. 3. Plaintiffs did not file an amended complaint.

Good cause appearing, IT IS HEREBY ORDERED that plaintiffs shall show cause, in writing, within 14 days, why her failure to file an amended complaint should not result in a recommendation that this case be dismissed for failure to prosecute. The filing of an amended complaint within this timeframe will serve as cause and will discharge this order. If plaintiffs

////

////

fails to respond, the court will recommend dismissal of this case pursuant to Local Civil Rule 110.

IT IS SO ORDERED.

DATED: December 3, 2024

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2