UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL DE LA CRUZ and SERGIO DE LA CRUZ,<br><br>Plaintiffs,<br><br>v.<br><br>JONATHON NANGLE, et al,<br><br>Defendants. | No. 2:24-cv-2001 DAD AC PS<br><br><br>ORDER |

Plaintiffs are proceeding in this action in pro se. The action was accordingly referred to the undersigned for pretrial matters by E.D. Cal. R. ("Local Rule") 302(c)(21). On August 8, 2025, defendants filed a motion to dismiss set to be heard on September 24, 2025. ECF No. 12. Pursuant to Local Rule 230(c), plaintiffs were required to file an opposition or notice of non-opposition within 14 days of the motion being filed. In this case, the deadline was August 22, 2025. Plaintiffs did not file an opposition or statement of non-opposition.

Good cause appearing, IT IS HEREBY ORDERED that the hearing date of September 24, 2025 is VACATED to be re-set as necessary. Plaintiffs shall show cause, in writing, within 14 days, why the failure to respond to the pending motion should not result in a recommendation that this case be dismissed for failure to prosecute. The filing of an opposition or statement of non-opposition within this timeframe will serve as cause and will discharge this order. If plaintiffs fail

1

1  to respond, the undersigned will recommend that this case be dismissed for failure to prosecute
2  pursuant to Local Rule 110.
3       IT IS SO ORDRED.
4  DATED: August 27, 2025

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE