UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CRYSTAL DE LA CRUZ[1],

Plaintiff,

v.

JONATHON NANGLE, et al.,

Defendants.

No.  2:24-cv-02001-DAD-AC (PS)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING DEFENDANTS' MOTION TO DISMISS

(Doc. Nos. 12, 19, 21)

Plaintiff Crystal De La Cruz is proceeding *pro se* and *in forma pauperis* in this civil action which was initiated by the filing of the original complaint in this court on July 23, 2024.  (Doc. No. 1.)  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 26, 2025, the assigned magistrate judge issued findings and recommendations recommending that defendants' motion to dismiss plaintiff's second amended complaint (SAC) (Doc. No. 7) be granted without further leave to amend.  (Doc. No. 19.)

---

[1] The court notes that Sergio De LaCruz was identified as a plaintiff in the original complaint filed in this action.  (Doc. No. 1.)  However, that complaint was dismissed with leave to amend (Doc. No. 3) and the subsequently filed complaints, including the operative second amended complaint, have been filed only on behalf on plaintiff Crystal De La Cruz who is the sole plaintiff in this action.

1

Specifically, the magistrate judge concluded that plaintiff's claims asserted in this action are barred by the applicable statute of limitations and that plaintiff had failed to establish that she was entitled to either equitable or statutory tolling of the limitations period or that the doctrines of equitable tolling or relation back could save her untimely claims asserted in this action. (*Id.* at 4–8.) Finally, the magistrate judge concluded that because plaintiff's claims were time-barred the granting of further leave to amend would be futile and should be denied. (*Id.* at 8.)

The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within twenty–one days (21) days after service. (*Id.* at 8.) On October 17, 2025, plaintiff filed objections in which plaintiff points to her pursuit of administrative remedies through her claim filed with the Sacramento Police Department and contends that the Department's delay while purportedly investigating her claim and in identifying the officers involved in the entry into her home should render her claims asserted in this action timely based upon her delayed discovery, equitable tolling or equitable estoppel. (Doc. No. 20 at 1–8.) These objections, however, essentially repeat the arguments advanced by plaintiff before the magistrate judge and the pending findings and recommendations appropriately addressed each of those arguments. Thus, plaintiff's objections provide no basis upon which the pending findings and recommendations should be rejected.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including plaintiff's objections, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on September 26, 2025 (Doc. No. 19) are adopted in full;

2. Defendants' motion to dismiss plaintiff's second amended complaint with prejudice and without further leave to amend (Doc. No. 7) is granted;

/////

/////

3.      Plaintiff's February 17, 2026 request for status (Doc. No. 21) is granted; and

4.      The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:    **March 17, 2026**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

3